```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MARIA HIDALGO, ET AL.,

                Plaintiffs,

     - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

                Defendants.

21-cv-10794 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendants should respond to the order to show cause for a preliminary injunction by **January 7, 2022**. The plaintiffs should reply by **January 14, 2022**. The order to show cause is returnable on **February 1, 2022, at 9:00 a.m.**

SO ORDERED.

Dated:    New York, New York
            December 21, 2021

                                                      John G. Koeltl
                                         United States District Judge