UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA HIDALGO, ET AL.,

        Plaintiffs,

- against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

        Defendants.

21-cv-10794 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    As stated at today's conference, the parties are directed to file a Rule 26(f) report by February 25, 2022.

SO ORDERED.

Dated:    New York, New York
            February 1, 2022

                                              John G. Koeltl
                                        United States District Judge