```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------

MARIA HIDALGO, ET AL.,

                Plaintiffs,

   - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

                Defendants.

--------------------------------------------------

21-cv-10794 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for April 26, 2022 is **canceled**.

SO ORDERED.

Dated:   New York, New York
          April 14, 2022

                                            /s/ John G. Koeltl
                                              John G. Koeltl
                                         United States District Judge