```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

MARIA HIDALGO, ET AL.,

           Plaintiffs,

- against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

           Defendants.

21-cv-10794 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiffs' application for a preliminary injunction, ECF No. 4, was denied for the reasons explained on the record at the February 1, 2022 conference.

SO ORDERED.

Dated:    New York, New York
          April 26, 2022

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                United States District Judge