UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA HIDALGO, ET AL.,                    21-cv-10794 (JGK)

                    Plaintiffs,           ORDER

        - against -

MEISHA PORTER, ET AL.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

    The Court is in receipt of the parties' latest status letter (ECF No. 50). The parties are directed to appear, by phone, for a status conference on **January 10, 2023**, at **12:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
          December 16, 2022

                              _____
                                John G. Koeltl
                              United States District Judge