```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

MARIA HILDAGO, ET AL.,

                Plaintiffs,

    - against -

MEISHA PORTER, ET AL.,

                Defendants.

21-cv-10794 (JGK)

ORDER

―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    As discussed during the telephone conference today, the parties are directed to advise the Court in writing no later than **January 27, 2023** of their resolution of the issues identified in the parties' December 15, 2022 letter, ECF No. 50.

SO ORDERED.
Dated:    New York, New York
            January 10, 2023

                                        John G. Koeltl
                                 United States District Judge