```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MARIA HILDAGO, ET AL.,

               Plaintiffs,

   - against -

MEISHA PORTER, ET AL.,

               Defendants.

21-cv-10794 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to submit a letter by **February 28, 2023** responding to the defendants' February 3, 2023 letter, ECF No. 55, and advising the Court whether the plaintiffs intend to seek reimbursement of the costs incurred in obtaining loans to pay for tuition and transportation, as represented in the defendants' letter.

**SO ORDERED.**

Dated:    New York, New York
            February 21, 2023

                                      /s/ John G. Koeltl
                                    John G. Koeltl
                                United States District Judge