```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------

MARIA HIDALGO, ET AL.,

                Plaintiffs,

  - against -

MEISHA PORTER, ET AL.,

                Defendants.

21-cv-10794 (JGK)

ORDER

-----------------------------------------------------

JOHN G. KOELTL, District Judge:

    A telephone conference is scheduled for **March 15, 2023 at 2:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           March 1, 2023

                                        John G. Koeltl
                              United States District Judge