```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------------------

MARIA HILDAGO, ET AL.,

                Plaintiffs,

    - against -

MEISHA PORTER, ET AL.,

                Defendants.

21-cv-10794 (JGK)

ORDER

---------------------------------------------------

JOHN G. KOELTL, District Judge:

By **April 10, 2023**, plaintiffs Maria Hidalgo and Abundio Sanchez may move for summary judgment on their claim for reimbursement of the costs incurred in obtaining loans to pay for tuition, related services, and transportation. See ECF No. 57. The defendants may respond by **May 5, 2023**. The moving plaintiffs may reply by **May 15, 2023**.

SO ORDERED.

Dated:    New York, New York
           March 15, 2023

                                  /s/ John G. Koeltl
                                 John G. Koeltl
                           United States District Judge