

| | THE CITY OF NEW YORK | |
|---|---|---|
| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | PHILIP S. FRANK<br>Phone: (212) 356-0886<br>Fax: (212) 356-1148<br>pfrank@law.nyc.gov<br>(not for service) |

May 26, 2023

**BY ECF**
Hon. John G. Koeltl
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

*/s/ John G. Koeltl*
5/26/23   John G. Koeltl, U.S.D.J.

Re: *Hidalgo, et al. v. Porter, et al.*, 21-CV-10794 (JGK)

Your Honor:

I am an Assistant Corporation Counsel and a supervisor in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants New York City Department of Education and its former Chancellor Meisha Porter in the above-captioned matter. I write to respectfully request a one-day extension of time for Defendants to serve and file their opposition to Plaintiffs' partial motion for summary judgment.

Pursuant to Defendants' May 22, 2023 request (Dkt. No. 73), the Court extended the time to file the opposition papers until Monday, May 29, 2023. Due to an oversight, Defendants' May 22, 2023 request failed to account for the fact that May 29th is a federal holiday. Accordingly, Defendants respectfully request a one-day extension of Defendants' time to serve and file their opposition papers until May 30, 2023. Defendants also respectfully request a corresponding extension of the remaining briefing schedule, making Plaintiffs' reply, if any, due by June 6, 2023. Defendants' counsel apologizes for the prior oversight and inconvenience.

This is Defendants' third request for an extension of time to serve and file its opposition to Plaintiffs' partial motion for summary judgment, and the Court granted the first and second requests. Plaintiffs consent to the requested extension.

I thank the Court for its consideration of this request.

Respectfully submitted,

_____s/_____
Philip S. Frank
Assistant Corporation Counsel

cc: Peter G. Albert, Esq.
The Brain Injury Rights Group
Counsel for Plaintiffs