UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MARIA HIDALGO, ET AL., | 21-cv-10794 (JGK) |
| Plaintiffs, | ORDER |
| - against - | |
| MEISHA PORTER, ET AL., | |
| Defendants. | |

JOHN G. KOELTL, District Judge:

The Clerk is respectfully directed to strike the declaration at ECF No. 77 and the appended exhibits from the docket, because the submission contains sensitive information that must be filed in redacted form. The defendants should promptly re-file the declaration and exhibits with appropriate redactions and submit unredacted sealed copies to the Court.

SO ORDERED.

Dated:   New York, New York
         June 1, 2023

                              _____
                                      John G. Koeltl
                              United States District Judge