UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA HIDALGO, ET AL.,

               Plaintiffs,

- against -

MEISHA PORTER, ET AL.,

               Defendants.

21-cv-10794 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to provide courtesy copies of the pending fully briefed motion for partial summary judgment (ECF No. 63).

SO ORDERED.

Dated:    New York, New York
           June 21, 2023

                                      John G. Koeltl
                              United States District Judge