UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA HIDALGO, ET AL.,

           Plaintiffs,

   - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

           Defendants.

21-cv-10794 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear, in-person, for a hearing on the pending motion for partial summary judgment on **Tuesday, December 19, 2023, at 3:00 p.m.**

SO ORDERED.

Dated:    New York, New York
            December 4, 2023

                                          John G. Koeltl
                                   United States District Judge