UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA HIDALGO, ET AL.,

                Plaintiffs,

    - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

                Defendants.

21-cv-10794 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to notify the Court by **January 5, 2024** if there are any pending matters in this case that remain to be resolved.

SO ORDERED.

Dated:    New York, New York
            December 20, 2023

                                          John G. Koeltl
                                  United States District Judge