UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA HIDALGO, ET AL.,

              Plaintiffs,

- against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

              Defendants.

21-cv-10794 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for reconsideration. ECF No. 93.

SO ORDERED.

Dated:    New York, New York
            February 12, 2024

                                              John G. Koeltl
                                    United States District Judge