```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

MARIA HIDALGO, ET AL.,

              Plaintiffs,

  - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

              Defendants.

21-cv-10794 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, in-person, for a hearing on the pending motion for reconsideration on **Tuesday, March 12, 2024, at 2:30 p.m.**

SO ORDERED.

Dated:    New York, New York
            February 22, 2024

                                                    John G. Koeltl
                                      United States District Judge