UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA HIDALGO, ET AL.,

              Plaintiffs,

    - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

              Defendants.

21-cv-10794 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

For the reasons stated on the record today, the motion for reconsideration is **denied**. The Clerk is directed to close ECF No. 93.

The defendants are directed to submit a proposed judgment by **March 19, 2024**. The plaintiffs may provide any objections or counter-judgments by **March 26, 2024**.

SO ORDERED.

Dated:    New York, New York
            March 12, 2024

                                              John G. Koeltl
                                      United States District Judge